**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Dawn Standing Elk,<br><br>        Defendant. | CR 09-00737-55-PHX-DKD<br><br>**DETENTION ORDER** |

A detention hearing and a preliminary revocation hearing on the Petition on Probation were held on September 21, 2011.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived her right to a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain her burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that she is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

//
//
//
//

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 22nd day of September, 2011.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge