**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, ) | CR 09-737-56-PHX-NVW |
| Plaintiff, ) | |
| ) | **DETENTION ORDER** |
| vs. ) | |
| Elayna Shaun Standing Elk, ) | |
| Defendant. ) | |

A detention hearing on the Petition on Probation was held on May 18, 2012.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived her right to a detention hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain her burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that she is not a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 21st day of May, 2012.

Lawrence O. Anderson
United States Magistrate Judge